

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

July 21, 2020

**DELIVERED VIA ECF**

The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007
212-805-7942

       Case Title:  *Seliger. v NBCUniversal Media, LLC*
              1:20-cv-03031-AKH
       Re:     Notice of Settlement

Your Honor:

  As you know, our office represents Plaintiff Mark Seliger ("Seliger") in this action. The parties have settled the action in principle and respectfully request that the current deadlines be vacated by 30 days to finalize and discharge their obligations under the settlement agreement and dismiss the action. Defendant's answer is currently due on July 23, 2020. This is the first request for an extension by Seliger, although Defendant has previously requested three extensions to answer or otherwise respond to the Complaint, which Your Honor granted. (See Dkt. #16.)

  Thank you for your time and consideration of this request.

            Respectfully submitted,

         By: */s/ Scott Alan Burroughs*
            Scott Alan Burroughs
            DONIGER / BURROUGHS
            For the Plaintiff

**SO ORDERED**.

By: _____
   Honorable Alvin K. Hellerstein

Date: _____