

<div style="float:left">Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820</div>

<div style="float:right">Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222</div>

Attorneys admitted in California, New York, Texas, Pennsylvania, and Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

July 21, 2020

> A suggestion of settlement having been made, it is ordered that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned.
> Alvin K. Hellerstein /s/
> July 22, 2020

**DELIVERED VIA ECF**

The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007
212-805-7942

    Case Title:  *Seliger. v NBCUniversal Media, LLC*
            1:20-cv-03031-AKH
    Re:     Notice of Settlement

Your Honor:

  As you know, our office represents Plaintiff Mark Seliger ("Seliger") in this action. The parties have settled the action in principle and respectfully request that the current deadlines be vacated by 30 days to finalize and discharge their obligations under the settlement agreement and dismiss the action. Defendant's answer is currently due on July 23, 2020. This is the first request for an extension by Seliger, although Defendant has previously requested three extensions to answer or otherwise respond to the Complaint, which Your Honor granted. (See Dkt. #16.)

  Thank you for your time and consideration of this request.

            Respectfully submitted,

       By: */s/ Scott Alan Burroughs*
          Scott Alan Burroughs
          DONIGER / BURROUGHS
          For the Plaintiff

**SO ORDERED**.

By: _____
   Honorable Alvin K. Hellerstein

Date: _____